No. 93–8445.  CORETHERS v. FUERST ET AL.  C. A. 6th Cir. Certiorari denied.

No. 93–8446.  DORADO v. MARYLAND.  C. A. 4th Cir.  Certiorari denied.

No. 93–8447.  BENGALI ET AL. v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 93–8454.  SILVA v. CALIFORNIA.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 93–8455.  ARCE-RAMOS v. UNITED STATES.  C. A. 1st Cir. Certiorari denied.

No. 93–8458.  WOODS v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 93–8460.  SEAGRAVE v. COUNTY OF LAKE ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 93–8465.  WESTFALL v. WHITLEY, WARDEN.  C. A. 5th Cir. Certiorari denied.

No. 93–8470.  BRECKENRIDGE v. CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 93–8471.  WARENCZUK v. PENNSYLVANIA DEPARTMENT OF TRANSPORTATION.  Sup. Ct. Pa.  Certiorari denied.

No. 93–8480.  DEMPSEY v. RANGAIRE CORP.  Super. Ct. Mass., Middlesex County.  Certiorari denied.

No. 93–8481.  HOFFMAN v. WEBSTER COUNTY SHERIFF'S DEPARTMENT, MARSHFIELD, MISSOURI, ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 93–8482.  ELDRIDGE v. JOHNSON ET AL.  C. A. D. C. Cir. Certiorari denied.

No. 93–8483.  JORDAN v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 93–8484.  HOLMES, AKA RICHARDS v. SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.